UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PJ COTTER,                                Case No. 12-15382

       Plaintiff,                       Honorable Nancy G. Edmunds

v.

GMAC MORTGAGE, LLC,

       Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [11]

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [11] that Defendant's motion to dismiss [2] be granted. Being fully advised in the premises and having read the record and the pleadings, including the Report and Recommendation and objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. Defendant's motion to dismiss is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

       SO ORDERED.

                                         S/Nancy G. Edmunds
                                         Nancy G. Edmunds
                                         United States District Judge

Dated: August 2, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 2, 2013, by electronic and/or ordinary mail.

                                         S/Johnetta M. Curry-Williams
                                         Case Manager
                                         Acting in the Absence of Carol A. Hemeyer