UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PJ COTTER,

       Plaintiff,

v.

GMAC MORTGAGE, LLC,

       Defendant.

_____/

Case No. 12-15382

Honorable Nancy G. Edmunds

**JUDGMENT**

The Court having reviewed and fully considered the pleadings filed by the parties, the Magistrate Judge's Report and Recommendation, and Plaintiff's objections thereto in accordance with 28 U.S.C. § 636(b)(1), and the Court further having made a de novo determination of those portions of the Report and Recommendation to which objections have been made; and for the reasons set forth in an Order dated the same date as this Judgment and filed herein;

The Report and Recommendation of the Magistrate [11] is hereby accepted and adopted as the findings and conclusions of the Court; and

IT IS HEREBY ORDERED AND ADJUDGED that Defendant's motion to dismiss [2] is GRANTED, and Plaintiff's case is DISMISSED WITH PREJUDICE.

S/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: August 2, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 2, 2013, by electronic and/or ordinary mail.

S/Johnetta M. Curry-Williams
Case Manager
Acting in the Absence of Carol A. Hemeyer