UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PJ COTTER,

    Plaintiff,

v.

GMAC MORTGAGE, LLC,

    Defendant.

                                                  /

Case No. 12-15382

Honorable Nancy G. Edmunds

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION [21]**

This matter comes before the Court on Plaintiff's motion [21] objecting to and asking this Court to reconsider its earlier Order [19] accepting and adopting the Magistrate Judge's Report and Recommendation, and granting Defendant's motion to dismiss. Plaintiff's motion is DENIED.

Pursuant to Rule 7.1(h) of the Local Rules for the Eastern District of Michigan, a court has the discretion to grant a motion for reconsideration. It generally will not grant such a motion that "merely present[s] the same issues ruled upon by the court, either expressly or by reasonable implication." E.D. Mich. R. 7.1(h). To persuade the court to grant the motion, the movant "must not only demonstrate a palpable defect by which the court and the parties . . . have been misled but also show that correcting the defect will result in a different disposition of the case. *Id.*

Because Plaintiff's motion fails to satisfy the rule's requirements, it is DENIED.

SO ORDERED.

                                               S/Nancy G. Edmunds
                                               Nancy G. Edmunds
                                               United States District Judge

Dated:  August 12, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 12, 2013, by electronic and/or ordinary mail.

                                               S/Johnetta M. Curry-Williams
                                             Case Manager
                                             Acting in the Absence of Carol A. Hemeyer