UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

P J Cotter, )
    Plaintiff, )
vs. )
) Case No. 2:12-cv-15382-NGE-LJM
GMAC MORTGAGE, LLC, )
    Defendants )
) Judge Nancy G. Edmunds
) Magistrate Judge Laurie J. Michelson
)

| | |
|---|---|
| PJ Cotter | Thomas M. Schehr (P54391) |
| 6243 Church Road | Nasseem S. Ramen (P73513) |
| Fair Haven, MI 48023 | *Attorneys for Defendant* |
| 810-689-9231 | |
| pocmich@yahoo.com | Dykema Gossett PLLC |
| | 400 Renaissance Center, 37th floor |
| | Detroit, MI 48243 |
| | 313-568-5326 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

PLEASE TAKE NOTICE that PJ Cotter, Plaintiff, pursuant to Federal Rule of Civil Procedure 41 (a) (1), hereby voluntarily dismisses all Claims in this action without prejudice to Defendant, GMAC MORTGAGE, LLC.

Federal Rule of Civil Procedure 41(a) (1) provides, in relevant part: (a) Voluntary Dismissal.

*(1)By the Plaintiff* (A) *Without a Court Order*. Subject to Rules 23e, 23.1(c), 23.2, and 66 and any applicable federal statue, the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serve either an answer or a motion for summary

Page 1 of 4

## CERTIFICATE OF SERVICE

I P J Cotter certify that on this 19th day of August 2013 a copy of the foregoing documents filed in the U.S. District Court In The Eastern District of Michigan Southern Division, were served upon the following parties via U.S.P.S. first class mail

Thomas M. Schehr (P54391)
Nasseem S. Ramen (P73513)
*Attorneys for Defendant*
Dykema Gossett PLLC
400 Renaissance Center, 37th floor
Detroit, MI 48243
313-568-5326

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of August 2013, at Saint Clair County, Michigan.

*[signature]*
PJ Cotter

judgment. Defendants have not answered, nor filed a motion for summary judgment.

Accordingly, this matter shall be dismissed without prejudice and without an Order of the Court.

*PJ Cotter* (signature)

PJ Cotter

6243 Church Road
Fair Haven, MI 48023
(810) 459-6972

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

P J Cotter,
    Plaintiff,
vs.

GMAC MORTGAGE, LLC,
    Defendants

)
)
)
)
)
)
)
)

Case No. 2:12-cv-15382-NGE-LJM

Judge Nancy G. Edmunds
Magistrate Judge Laurie J. Michelson

PJ Cotter
6243 Church Road
Fair Haven, MI 48023
810-689-9231
pocmich@yahoo.com

Thomas M. Schehr (P54391)
Nasseem S. Ramen (P73513)
*Attorneys for Defendant*

Dykema Gossett PLLC
400 Renaissance Center, 37th floor
Detroit, MI 48243
313-568-5326

## VERIFIED MOTION TO STAY ANY AND ALL FURTHER ORDERS, DECREES OR JUDGMENTS.

ORDER FOR PLAINTINF'S VERIFIED MOTION TO STAY ANY AND ALL FURTHER ORDERS, DECREES OR JUDGMENTS.

This request for Plaintiff Cotter's motion TO STAY ANY AND ALL FURTHER ORDERS, DECREES OR JUDGMENTS, before the Court, It is therefore, ORDERED AND ADJUDGED that

1. Plaintiff's Order is granted, TO STAY ANY AND ALL FURTHER ORDERS, DECREES OR JUDGMENTS.

2. The Court dismisses all actions of the Defendant in this case **without prejudice.**

DONE AND ORDERED this ___ day of _____ 2013.

_____
Hon. Judge Nancy G. Edmunds

Copies to: Thomas M. Schehr (P54391)
Nasseem S. Ramen (P73513)
Dykema Gossett PLLC
400 Renaissance Center, 37th floor
Detroit, MI 48243

[envelope provided]