UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

P J COTTER,

    Plaintiff(s),

v.

GMAC MORTGAGE, LLC,

    Defendant(s).
_____/

Case No. 12-15382

Honorable Nancy G. Edmunds

**ORDER DENYING AS MOOT PLAINTIFF'S VERIFIED MOTION TO STAY ANY AND ALL FURTHER ORDERS DECREES OR JUDGMENTS [23]**

The matter before the Court is Plaintiff's verified motion to stay any and all further orders decrees or judgments.  The underlying matter has already been decided and, therefore, Plaintiffs' motion is DENIED AS MOOT.

This case is closed as of August 2, 2013. If Plaintiff wish to pursue litigation, he must file an appeal with the U.S. Court of Appeals for the Sixth Circuit.

SO ORDERED.

    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated:  October 24, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 24, 2013, by electronic and/or ordinary mail.

    s/Johnetta M. Curry-Williams
    Case Manager
    Acting in the Absence of Carol A. Hemeyer