United States District Court for the Eastern

District of Michigan Southern Division

P J Cotter

    Plaintiff

vs.                          CASE NO: 12-cv-15382

**GMAC MORTGAGE, LLC**

    Defendant

## NOTICE OF APPEAL

Notice is hereby given that P-J:Cotter hereby appeal to the United States Court of Appeals for the Sixth Circuit from ORDER DENYING AS MOOT PLAINTIFF'S VERIFIED MOTION TO STAY ANY AND ALL FURTHER ORDERS DECREES OR JUDGMENTS [23] entered in this action on the 24th day of October, 2013

*P-J:Cotter*

P-J:Cotter

6243 Church Road

Fair Haven, Michigan [48023]

cc:    Opposing Counsel
         Court of Appeals