UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PJ Cotter,

                Plaintiff(s),

v.                                          Case No. 2:12−cv−15382−NGE−LJM
                                                 Hon. Nancy G. Edmunds

GMAC Mortgage, LLC,

                Defendant(s).

_____

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

> United States Court of Appeals for the Sixth Circuit
> Potter Stewart U.S. Courthouse
> 100 East Fifth Street, Fifth Floor
> Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on November 21, 2013.

                                                      DAVID J. WEAVER, CLERK OF COURT

                                                      By: s/ P. Miller
                                                           Deputy Clerk

Dated:   November 21, 2013